# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                            ) | Case No. |
| ) | |
| JUSTIN EMMANUEL KNIGHTS ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**:  Title 50, United States Code, Section 797.  **Violation of Defense Property Security Regulation for Firearm Possession.**

That on or about the 7th day of November, 2022, within the Northern District of Alabama, the Defendant, **JUSTIN EMMANUEL KNIGHTS,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully violate a defense property security regulation by unlawfully possessing a firearm without prior authorization, in violation of Title 50, United States Code, Section 797.

PRIM F. ESCALONA
United States Attorney

_John M. Hundscheid_
Digitally signed by JOHN HUNDSCHEID
Date: 2023.03.15 15:43:19 -05'00'

JOHN M. HUNDSCHEID
Assistant United States Attorney